Gaylord J. EARNEY, Appellant, v. Clarence George OCHSNER.

No. 14343.

United States Court of Appeals
Eighth Circuit.

May 11, 1951.

Charles F. Noonan and Dorsey, Colman, Barker, Scott & Barber, all of Minneapolis, Minn., for appellant.

Raymond Scallen, Minneapolis, Minn. and John R. Foley, Wabasha, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either of parties, on stipulation of parties.

Helen S. EARNEY, Appellant, v. Clarence George OCHSNER.

No. 14344.

United States Court of Appeals
Eighth Circuit.

May 11, 1951.

Charles F. Noonan and Dorsey, Colman, Barker, Scott & Barber, all of Minneapolis, Minn., for appellant.

Raymond Scallen, Minneapolis, Minn., and John R. Foley, Wabasha, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either of parties, on stipulation of parties.

Edwin A. ELLIOTT, Regional Director of the Sixteenth Region of the National Labor Relations Board, etc., Appellant, v. AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA, A. F. OF L., et al.

No. 14220.

United States Court of Appeals
Eighth Circuit.

May 4, 1951.

David P. Findling, Associate General Counsel, National Labor Relations Board, and Winthrop A. Johns, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for appellant.

Daniel J. Leary, Joplin, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, 91 F.Supp. 690, on motion of appellant.